UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LOIS M DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:12-CV-131 |
| | § | |
| FORT BEND COUNTY, | § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

Pursuant to the Opinion and Order entered on this day, it is hereby

**ORDERED** that Plaintiff, Lois M. Davis, take nothing of Defendant, Fort Bend County, Texas. The case is closed, and Plaintiff shall pay all costs of action.

**THIS IS A FINAL JUDGMENT**.

SIGNED at Houston, Texas, this 11th day of September, 2013.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE