IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LOIS M DAVIS | § |
| | § |
| | §   CIVIL ACTION NO. 4:12-CV-131 |
| VS. | § |
| | § |
| FORT BEND COUNTY | § |
| | § |

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff Lois M. Davis ("Davis") appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment (Doc. No. 17) entered on September 11, 2013. This appeal also includes, but is not limited to, the Opinion and Order (Doc. No. 16) entered on September 11, 2013.

Dated: October 10, 2013

Respectfully submitted,

/s/ Darryl E. Scott_____
Darryl E. Scott
State Bar No: 24075045
Southern District Bar No: 1138469
3530 Kirby Dr. Suite 1200
Office: 713.534.7224
Fax: 281.616.6245

**ATTORNEY IN CHARGE
FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This is to certify that on October 10, 2013, a true and correct copy of the above and foregoing document was served on counsel for all parties via the Court's CM/ECF Document Filing System.

*/s/Darryl E. Scott*
Darryl E. Scott

Mary E. Reveles
First Assistant County Attorney
301 Jackson, Suite 728
Richmond, Texas 77469
(281) 341-4555
Attorney for Fort Bend County