IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 13-20610

United States Court of Appeals
Fifth Circuit
**FILED**
August 26, 2014
Lyle W. Cayce
Clerk

D.C. Docket No. 4:12-CV-131

LOIS M. DAVIS,

        Plaintiff - Appellant

v.

FORT BEND COUNTY,

        Defendant - Appellee

United States Courts
Southern District of Texas
FILED

OCT 3 1 2014

David J. Bradley, Clerk of Court

Appeal from the United States District Court for the
Southern District of Texas, Houston

Before SMITH, WIENER, and PRADO, Circuit Judges.

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed in part and reversed in part, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

JERRY E. SMITH, Circuit Judge, dissenting:

ISSUED AS MANDATE:

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit
    /s/ Brandy C. Lemelle
By: _____
                Deputy   10/24/14

New Orleans, Louisiana