United States District Court
Southern District of Texas
**ENTERED**
August 25, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LOIS M DAVIS, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:12-CV-131 |
| § | |
| FORT BEND COUNTY, § | |
| § | |
| Defendant. § | |

## FINAL ORDER OF DISMISSAL

For the reasons set for in the Court's Order and Opinion signed on this date, the above styled and numbered cause of action is here by DISMISSED with prejudice.

THIS IS A FINAL ORDER.

SIGNED at Houston, Texas, this 24th day of August, 2016.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE