**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Lois M Davis | § | |
| | § | |
| *versus* | § | Case Number: 4:12–cv–00131 |
| | § | |
| Fort Bend County | § | |

## Notice of Reassignment

    Pursuant to General Order No. 2018–10, this case is reassigned to the docket of United States District Judge Andrew S Hanen. Deadlines in scheduling orders remain in effect

Date: August 8, 2018

David J. Bradley, Clerk